# United States District Court
## Southern District of Georgia

Robert Curtis Finch-Grant,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-66,

Lee Lang,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/4/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

9/5/14
*Date*

Scott L. P
*Clerk*



(By) Deputy Clerk